UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SMITH, *et al.*, ) | Civil Action No.: _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§1441 and 1446, defendant District of Columbia removes the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiffs' complaint present federal questions appropriate for this Court.

Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*Patricia Jones*
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Lauren J. Birnbaum
LAUREN J. BIRNBAUM [483515]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January 2006, a copy of the foregoing

Notice of Removal was mailed, postage prepaid to:

Daniel A. Cantor, Esq,
555 12 St. N.W.
Washington, D.C. 20004

/s/ Lauren J. Birnbaum
Lauren J. Birnbaum
Assistant Attorney General