SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MICHAEL SMITH, *et al.*, | ) Civil Action No.: 05-9703 |
| Plaintiff, | ) |
| v. | ) Judge Judith E. Retchin |
| | ) Next Event:   ISC 03/24/06 |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446, the above action has been removed to the United States District Court for the District of Columbia because plaintiffs' claims raise questions of federal law.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Patricia Jones*
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

*/s/*
LAUREN J. BIRNBAUM [483515]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

Daniel A. Cantor, Esq,
555 12 St. N.W.
Washington, D.C. 20004

_____
Lauren J. Birnbaum
Assistant Attorney General