IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL SMITH and KATIE SMITH, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 06-117 (RWR) |
| GOVERNMENT OF THE DISTRICT, OF COLUMBIA, | * |
| Defendant. | * |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that the undersigned hereby appears as Counsel, together with the attorney of record, Daniel A. Cantor, for plaintiffs Michael Smith and Katie Smith in the above-referenced action.

Respectfully submitted,

Joshua P. Wilson (DC Bar # 487829)

ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Tel: (202) 942-5000
Fax: (202) 942-5999

February 16, 2006