UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____    )
                               )
**MICHAEL SMITH et al.**,         )
                               )
      **Plaintiff**,             )
                               )
  v.                           )   Civil Action No. 06-117 (RWR)
                               )
**DISTRICT OF COLUMBIA**,         )
                               )
      **Defendant**.            )
_____    )

**ORDER**

The parties have reported that they have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. The initial scheduling conference set for March 30, 2006 at 10:00 a.m. is VACATED. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 27th day of March, 2006.

                                                       _____/s/_____
                                                       RICHARD W. ROBERTS
                                                       United States District Judge