IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SMITH and KATIE SMITH ) | |
| ) | |
| Plaintiffs, ) | Case No. 06-CV-00117 (RBR) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO REOPEN PROCEEDINGS

Plaintiffs Michael and Katie Smith hereby respectfully move to reopen the above-captioned matter.

Citing the parties' representations that the parties had reached settlement in this matter, on March 27, 2006 this Court entered an Order dismissing this case *without* prejudice.  The Order stated further that "any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court."  Order of March 27, 2006 at 1.  The Court also ordered that if no party moved to reopen the case within thirty days, the case would, "without further order, stand dismissed with prejudice."  *Id.*  For the reasons stated below, Plaintiffs now move to reopen proceedings in this case and to prevent and oppose its dismissal with prejudice.

On March 22, 2006 the parties executed a settlement agreement in this case ("Settlement") which provided that Defendant perform its payment obligations under the Settlement by April 21, 2006 -- thirty days after the Settlement's execution.  As of the

-2-

date of this filing, April 24, 2006, Defendant has not performed its payment obligations under the Settlement, and has refused to provide a date certain by which it intends to do so. Plaintiffs seek to preserve their right to pursue their claims in this case, and therefore (1) move to reopen this case, and (2) request that the Court vacate its March 27, 2006 Order of dismissal.

        Respectfully Submitted,

        /s/
Daniel A. Cantor (DC Bar No. 457115)
Joshua P. Wilson (DC Bar No. 487829)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiffs

April 24, 2006