IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL SMITH and KATIE SMITH** ) <br> ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA,** ) <br> ) <br> Defendant. ) <br> ) | Case No. 06-CV-00117 (RBR) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO REOPEN PROCEEDINGS

Plaintiffs Michael and Katie Smith hereby respectfully move for a thirty-day extension of time to reopen the above-captioned matter.

Citing the parties' representations that the parties had reached settlement in this matter, on March 27, 2006 this Court entered an Order dismissing this case *without* prejudice. The Order stated further that "any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court." Order of March 27, 2006 at 1. The Court also ordered that if no party moved to reopen the case within thirty days, the case would, "without further order, stand dismissed with prejudice." *Id.* For the reasons stated below, Plaintiffs now move for a thirty-day extension of time to reopen proceedings in this case and request that the Court revise its March 27, 2006 Order accordingly.

On March 22, 2006 the parties executed a settlement agreement in this case ("Settlement") which provided that Defendant perform its payment obligations under the

Settlement by April 21, 2006 -- thirty days after the Settlement's execution. As of the date of this filing, April 25, 2006, Defendant has not performed its payment obligations under the Settlement, and has refused to provide a date certain by which it intends to do so. Plaintiffs seek to preserve their right to pursue their claims in this case, and therefore (1) seek a thirty-day extension of time of time to reopen the proceedings in this case (2) request that the Court revise its March 27, 2006 Order of dismissal to clarify that this case shall not be dismissed with prejudice unless no party moves to reopen the case within thirty days from the issuance of the Court's revised Order.

      Plaintiffs have conferred with Defendant concerning the foregoing and are informed that Defendant does not oppose the filing of this motion.

Respectfully Submitted,

_____/s/_____
Daniel A. Cantor (DC Bar No. 457115)
Joshua P. Wilson (DC Bar No. 487829)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiffs

April 25, 2006