IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL SMITH and KATIE SMITH<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 06-CV-00117 (RBR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW MOTION TO REOPEN PROCEEDINGS

Plaintiffs Michael and Katie Smith hereby respectfully withdraw their Motion to Reopen Proceedings, filed April 24, 2006.

On April 24, 2006, Plaintiffs filed a motion to reopen proceedings in this case. In that filing, Plaintiffs explained to the Court that Defendant had not performed its payment obligations under the terms of the parties' March 22, 2006 settlement agreement ("Settlement"). Further, Plaintiffs sought to preserve their rights to pursue their claims -- and to forestall the dismissal of this case with prejudice contemplated by the Court's March 27, 2006 Order -- by requesting that the Court vacate its March 27, 2006 Order and reopen proceedings in this case.

At the Court's suggestion, and in anticipation that Defendant will perform its payment obligations under the Settlement in the next thirty days, Plaintiffs hereby withdraw their April 24, 2006 motion to reopen the case. In place of that motion, Plaintiffs have filed a motion, unopposed by Defendant, requesting a thirty-day extension

-2-

of time to reopen the case.  Plaintiffs maintain their opposition to the dismissal of this case with prejudice and respectfully request that the Court revise its March 27, 2006 Order to clarify that any party may move to reopen the case within thirty days of the issuance of a revised Order by the Court.

                Respectfully Submitted,

                _____/s/_____
                Daniel A. Cantor (DC Bar No. 457115)
                Joshua P. Wilson (DC Bar No. 487829)
                ARNOLD & PORTER, LLP
                555 Twelfth Street, N.W.
                Washington, DC 20004-1206
                (202) 942-5000 (phone)
                (202) 942-5999 (fax)

                Counsel for Plaintiffs

April 25, 2006