IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL SMITH and KATIE SMITH )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Case No. 06-CV-00117 (RBR) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereto, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate on the 19th day of May 2006 to the dismissal of the complaint with prejudice.

Respectfully Submitted,

_____/s/_____
Daniel A. Cantor (DC Bar No. 457115)
Joshua P. Wilson (DC Bar No. 487829)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiff

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

        GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

            /s/
PATRICIA A. JONES #428132
Civil Litigation Division
Chief, General Litigation Section IV

            /s/
LAUREN BIRNBAUM # 483515
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9754/fax 202-727-3625

Counsel for Defendant

May 19, 2006